# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2312
LT Case No. 2024-CF-000180-A

_____

JAMAL C. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Richard A. Pallas, Jr.,
Assistant Attorney General, Tallahassee, for Appellee.

July 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____